# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
KEALEY, DUANE EDWARD § Case No. 09-09258
KEALEY, CHRISTINA ROSE §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter      of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                        $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                  $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Frances Gecker_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-09258 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | KEALEY, DUANE EDWARD | | | Date Filed (f) or Converted (c): | 03/19/09 (f) |
| | KEALEY, CHRISTINA ROSE | | | 341(a) Meeting Date: | 04/28/09 |
| For Period Ending: | 07/22/14 | | | Claims Bar Date: | 04/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT<br>    Debtor Claimed Exemption | 5.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS<br>    Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 3. WEARING APPAREL<br>    Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA |
| 4. OTHER CONTINGENT CLAIMS<br>    Debtor Claimed Exemption | 0.00 | 135,000.00 | | 90,000.00 | FA |
| 5. AUTOMOBILES, TRUCKS, TRAILERS | 1,075.00 | 1,075.00 | | 0.00 | FA |
| 6. TAX REFUNDS (u) | 0.00 | 17.70 | | 109.85 | 0.00 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,980.00 | $136,092.70 | | $90,109.85 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS SUBMITTED A FINAL REPORT FOR REVIEW.

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 06/01/14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 09-09258   PSH   Judge: Pamela S. Hollis | Trustee Name: Frances Gecker |
| Case Name: | KEALEY, DUANE EDWARD | Date Filed (f) or Converted (c): 03/19/09 (f) |
| | KEALEY, CHRISTINA ROSE | 341(a) Meeting Date: 04/28/09 |
| | | Claims Bar Date: 04/06/12 |

/s/   Frances Gecker

_____   Date: _____

FRANCES GECKER

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-09258 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | KEALEY, DUANE EDWARD | Bank Name: | Congressional Bank |
| | KEALEY, CHRISTINA ROSE | Account Number / CD #: | *******8803  GENERAL CHECKING |
| Taxpayer ID No: | *******0110 | | |
| For Period Ending: | 07/22/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/12/12 | 4 | UNION PACIFIC RAILROAD | OTHER CONTIGENT CLAIMS | 1129-000 | 55,000.00 | | 55,000.00 |
| 12/20/12 | 4 | QBE INSURANCE CLAIMS FIRST CAPITAL NY HABITATIONAL 99 CHERRY HILL RD PARSIPPANY, NJ  07054 | OTHER CONTINGENT CLAIMS | 1129-000 | 35,000.00 | | 90,000.00 |
| 12/20/12 | 001000 | S. JEROME LEAVY & ASSOCIATES | Order dated 11/15/12       Fees           30,000.00       Expenses        4,293.52 | 3210-000 3220-000 | | 34,293.52 | 55,706.48 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 55,706.48 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 90,000.00 | 90,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 55,706.48 | |
| Subtotal | 90,000.00 | 34,293.52 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 90,000.00 | 34,293.52 | |

Page Subtotals    90,000.00    90,000.00

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-09258 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | KEALEY, DUANE EDWARD | | Bank Name: | Bank of New York Mellon |
| | KEALEY, CHRISTINA ROSE | | Account Number / CD #: | *******6951 GENERAL CHECKING |
| Taxpayer ID No: | *******0110 | | | |
| For Period Ending: | 07/22/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 55,706.48 | | 55,706.48 |
| 02/14/13 | 010000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | 50.26 | 55,656.22 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 45.38 | 55,610.84 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 82.67 | 55,528.17 |
| 04/16/13 | 010001 | Mr. Duane and Barbara Kealey 300 Ash Parkway Westville, Indiana 46391 | Debtor's Exemption | 8100-000 | | 15,000.00 | 40,528.17 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 73.41 | 40,454.76 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 60.15 | 40,394.61 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 58.12 | 40,336.49 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 59.97 | 40,276.52 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 59.88 | 40,216.64 |
| 09/20/13 | 010002 | UNITED STATES TREASURY Internal Revenue Service | FEIN 46-6320110 1041 - 2012 TAX RETURN | 2810-000 | | 1,264.00 | 38,952.64 |
| | | | Page Subtotals | | 55,706.48 | 16,753.84 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 18.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 09-09258 -PSH | | Trustee Name: | Frances Gecker |
| Case Name: | KEALEY, DUANE EDWARD | | Bank Name: | Bank of New York Mellon |
| | KEALEY, CHRISTINA ROSE | | Account Number / CD #: | *******6951 GENERAL CHECKING |
| Taxpayer ID No: | *******0110 | | | |
| For Period Ending: | 07/22/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Cincinnati, OH 45999-0012 | | | | | |
| 09/20/13 | 010003 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19009<br>Springfield, IL 62794-9009 | FEIN: 46-6320110<br>2012 FORM IL-1041 | 2820-000 | | 1,044.00 | 37,908.64 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 57.63 | 37,851.01 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 56.78 | 37,794.23 |
| 11/14/13 | 6 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19006<br>Springfield, IL 62794-9006 | TAX REFUNDS | 1224-000 | 17.70 | | 37,811.93 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 54.39 | 37,757.54 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 56.13 | 37,701.41 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 56.05 | 37,645.36 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 50.55 | 37,594.81 |
| 03/31/14 | 010004 | UNITED STATES TREASURY<br>Internal Revenue Service<br>Cincinnati, OH 45999-0039 | FEIN 46-6320110<br>1041 - 2012 TAX RETURN | 2810-000 | | 54.58 | 37,540.23 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 55.89 | 37,484.34 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 53.94 | 37,430.40 |
| | | | Page Subtotals | | 17.70 | 1,539.94 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 18.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 09-09258 -PSH | | Trustee Name: | Frances Gecker |
| Case Name: | KEALEY, DUANE EDWARD | | Bank Name: | Bank of New York Mellon |
| | KEALEY, CHRISTINA ROSE | | Account Number / CD #: | *******6951  GENERAL CHECKING |
| Taxpayer ID No: | *******0110 | | | |
| For Period Ending: | 07/22/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/30/14 | 6 | UNITED STATES TREASURY<br>Internal Revenue Service<br>Cincinnati, OH  45999-0012 | | 1224-000 | 92.15 | | 37,522.55 |

|  |  | |
|---|---|---|
| COLUMN TOTALS | 55,816.33 | 18,293.78 | 37,522.55 |
| Less:  Bank Transfers/CD's | 55,706.48 | 0.00 | |
| Subtotal | 109.85 | 18,293.78 | |
| Less:  Payments to Debtors | | 15,000.00 | |
| Net | 109.85 | 3,293.78 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********8803 | 90,000.00 | 34,293.52 | 0.00 |
| GENERAL CHECKING - ********6951 | 109.85 | 3,293.78 | 37,522.55 |
| | 90,109.85 | 37,587.30 | 37,522.55 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: ___/s/    Frances Gecker_____ Date: 07/22/14
FRANCES GECKER

Page Subtotals   92.15   0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 22, 2014 |

Case Number: 09-09258
Debtor Name: KEALEY, DUANE EDWARD

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Administrative | | $2,278.50 | $0.00 | $2,278.50 |
| 001<br>3210-00 | S. JEROME LEAVY & ASSOCIATES | Administrative | | $34,293.52 | $34,293.52 | $0.00 |
| 001<br>3110-00 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $7,010.98 | $0.00 | $7,010.98 |
| 001<br>2100-00 | FRANCES GECKER<br>CHAPTER 7 TRUSTEE | Administrative | | $7,000.89 | $0.00 | $7,000.89 |
| 000001<br>070<br>7100-00 | MIDLAND FUNDING LLC<br>c/o RECOVERY MANAGEMENT SYSTEMS CORP.<br>25 SE 2ND AVE, SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | | $1,629.23 | $0.00 | $1,629.23 |
| 000002<br>070<br>7100-00 | MIDLAND FUNDING LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>25 SE 2ND AVE, SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | | $10,298.07 | $0.00 | $10,298.07 |
| 000003<br>070<br>7100-00 | MIDLAND FUNDING LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>25 SE 2ND AVE, SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | | $7,827.35 | $0.00 | $7,827.35 |
| 000004<br>070<br>7100-00 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Unsecured | | $2,010.21 | $0.00 | $2,010.21 |
| 000005<br>070<br>7100-00 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>C/O AMERITECH<br>POB 41067<br>NORFOLK VA 23541 | Unsecured | | $707.80 | $0.00 | $707.80 |
| 000006<br>070<br>7100-00 | DUANE ROBERT KEALEY AND BARBARA KEALEY<br>300 ASH PARKWAY<br>WESTVILLE, INDIANA 46391 | Unsecured | | $19,663.22 | $0.00 | $19,663.22 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 22, 2014 |

Case Number:  09-09258  
Debtor Name:   KEALEY, DUANE EDWARD                Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $92,719.77 | $34,293.52 | $58,426.25 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-09258
Case Name: KEALEY, DUANE EDWARD
KEALEY, CHRISTINA ROSE
Trustee Name: Frances Gecker

Balance on hand                                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ | $ | $ |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ | $ | $ |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ | $ | $ |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ | $ | $ |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ | $ | $ |
| Other: S. JEROME LEAVY & ASSOCIATES | $ | $ | $ |
| Other: S. JEROME LEAVY & ASSOCIATES | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses         $_____

Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | MIDLAND FUNDING LLC | $ | $ | $ |
| 000002 | MIDLAND FUNDING LLC | $ | $ | $ |
| 000003 | MIDLAND FUNDING LLC | $ | $ | $ |
| 000004 | DISCOVER BANK | $ | $ | $ |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ | $ | $ |
| 000006 | DUANE ROBERT KEALEY AND BARBARA KEALEY | $ | $ | $ |

    Total to be paid to timely general unsecured creditors  $_____

    Remaining Balance  $_____

    Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE