# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                §
                                      §
KEALEY, DUANE EDWARD                   §      Case No. 09-09258
KEALEY, CHRISTINA ROSE                 §
                                      §
                                      §
            Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mr. Duane and Barbara Kealey |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNITED STATES TREASURY | | | | | |
| UNITED STATES TREASURY | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| S. JEROME LEAVY & ASSOCIATES | | | | | |
| S. JEROME LEAVY & ASSOCIATES | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CARMAX | | | | | |
| | CHASE/PAMPERED CHEF | | | | | |
| | CREDIT MANAGEMENT | | | | | |
| | FASHION BUG | | | | | |
| | GEMB/WALMART | | | | | |
| | KOHLS/CHASE | | | | | |
| | NCO FIN/22 B.P. | | | | | |
| | RADIO SHACK | | | | | |
| | RETAIL SERVICES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TECH CREDIT UNION | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000006 | DUANE ROBERT KEALEY AND BARBARA KEA | | | | | |
| 000001 | MIDLAND FUNDING LLC | | | | | |
| 000002 | MIDLAND FUNDING LLC | | | | | |
| 000003 | MIDLAND FUNDING LLC | | | | | |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 09-09258   PSH   Judge: Pamela S. Hollis | |
| Case Name: | KEALEY, DUANE EDWARD | |
| | KEALEY, CHRISTINA ROSE | |
| For Period Ending: | 09/30/14 | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 03/19/09 (f) |
| 341(a) Meeting Date: | 04/28/09 |
| Claims Bar Date: | 04/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT | 5.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. OTHER CONTINGENT CLAIMS | 0.00 | 135,000.00 | | 90,000.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. AUTOMOBILES, TRUCKS, TRAILERS | 1,075.00 | 1,075.00 | | 0.00 | FA |
| 6. TAX REFUNDS (u) | 0.00 | 17.70 | | 109.85 | 0.00 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,980.00 | $136,092.70 | | $90,109.85 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 12/31/11      Current Projected Date of Final Report (TFR): 06/01/14

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | |
|---|---|
| Case No: | 09-09258   PSH   Judge: Pamela S. Hollis |
| Case Name: | KEALEY, DUANE EDWARD |
| | KEALEY, CHRISTINA ROSE |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 03/19/09 (f) |
| 341(a) Meeting Date: | 04/28/09 |
| Claims Bar Date: | 04/06/12 |

/s/   Frances Gecker

_____ Date: 09/30/14

FRANCES GECKER

FORM 2                                                                                      Page:  1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-09258  -PSH | |
| Case Name: | KEALEY, DUANE EDWARD | |
| | KEALEY, CHRISTINA ROSE | |
| Taxpayer ID No: | *******0110 | |
| For Period Ending: | 09/30/14 | |

| | | |
|---|---|---|
| Trustee Name: | Frances Gecker | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******8803  GENERAL CHECKING | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/12/12 | 4 | UNION PACIFIC RAILROAD | OTHER CONTIGENT CLAIMS | 1129-000 | 55,000.00 | | 55,000.00 |
| 12/20/12 | 4 | QBE INSURANCE CLAIMS FIRST CAPITAL NY HABITATIONAL 99 CHERRY HILL RD PARSIPPANY, NJ  07054 | OTHER CONTINGENT CLAIMS | 1129-000 | 35,000.00 | | 90,000.00 |
| 12/20/12 | 001000 | S. JEROME LEAVY & ASSOCIATES | Order dated 11/15/12     Fees      30,000.00     Expenses    4,293.52 | 3210-000 3220-000 | | 34,293.52 | 55,706.48 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 55,706.48 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 90,000.00 | 90,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 55,706.48 | |
| Subtotal | 90,000.00 | 34,293.52 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 90,000.00 | 34,293.52 | |

Page Subtotals          90,000.00          90,000.00

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-09258  -PSH | | Trustee Name: | | Frances Gecker | |
| Case Name: | KEALEY, DUANE EDWARD | | Bank Name: | | Bank of New York Mellon | |
| | KEALEY, CHRISTINA ROSE | | Account Number / CD #: | | *******6951  GENERAL CHECKING | |
| Taxpayer ID No: | *******0110 | | | | | |
| For Period Ending: | 09/30/14 | | Blanket Bond (per case limit): | | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 55,706.48 | | 55,706.48 |
| 02/14/13 | 010000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | Blanket Bond #016026455 | 2300-000 | | 50.26 | 55,656.22 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 45.38 | 55,610.84 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 82.67 | 55,528.17 |
| 04/16/13 | 010001 | Mr. Duane and Barbara Kealey 300 Ash Parkway Westville, Indiana  46391 | Debtor's Exemption | 8100-000 | | 15,000.00 | 40,528.17 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 73.41 | 40,454.76 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 60.15 | 40,394.61 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 58.12 | 40,336.49 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 59.97 | 40,276.52 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 59.88 | 40,216.64 |
| 09/20/13 | 010002 | UNITED STATES TREASURY Internal Revenue Service | FEIN 46-6320110 1041 - 2012  TAX RETURN | 2810-000 | | 1,264.00 | 38,952.64 |

Page Subtotals     55,706.48     16,753.84

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**Exhibit 9**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-09258  -PSH |
|---|---|
| Case Name: | KEALEY, DUANE EDWARD |
| | KEALEY, CHRISTINA ROSE |
| Taxpayer ID No: | *******0110 |
| For Period Ending: | 09/30/14 |

| Trustee Name: | Frances Gecker |
|---|---|
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******6951  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Cincinnati, OH  45999-0012 | | | | | |
| 09/20/13 | 010003 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19009<br>Springfield, IL  62794-9009 | FEIN: 46-6320110<br>2012 FORM IL-1041 | 2820-000 | | 1,044.00 | 37,908.64 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 57.63 | 37,851.01 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 56.78 | 37,794.23 |
| 11/14/13 | 6 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19006<br>Springfield, IL  62794-9006 | TAX REFUNDS | 1224-000 | 17.70 | | 37,811.93 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 54.39 | 37,757.54 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 56.13 | 37,701.41 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 56.05 | 37,645.36 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 50.55 | 37,594.81 |
| 03/31/14 | 010004 | UNITED STATES TREASURY<br>Internal Revenue Service<br>Cincinnati, OH  45999-0039 | FEIN 46-6320110<br>1041 - 2012  TAX RETURN | 2810-000 | | 54.58 | 37,540.23 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 55.89 | 37,484.34 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 53.94 | 37,430.40 |

Page Subtotals          17.70          1,539.94

Ver: 18.01

FORM 2                                                                                                    Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                         Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-09258 -PSH | Trustee Name: | Frances Gecker |
| Case Name: | KEALEY, DUANE EDWARD | Bank Name: | Bank of New York Mellon |
| | KEALEY, CHRISTINA ROSE | Account Number / CD #: | *******6951  GENERAL CHECKING |
| Taxpayer ID No: | *******0110 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/30/14 | 6 | UNITED STATES TREASURY<br>Internal Revenue Service<br>Cincinnati, OH  45999-0012 | | 1224-000 | 92.15 | | 37,522.55 |
| 08/22/14 | 010005 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS  60603 | Accountant for Trustee Fees (Other<br><br><br>Fees          2,260.30<br>Expenses          18.20 | <br><br><br>3410-000<br>3420-000 | | 2,278.50 | 35,244.05 |
| 08/22/14 | 010006 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Attorney for Trustee Fees (Trustee<br><br><br>Fees          6,989.50<br>Expenses          21.48 | <br><br><br>3110-000<br>3120-000 | | 7,010.98 | 28,233.07 |
| 08/22/14 | 010007 | FRANCES GECKER<br>CHAPTER 7 TRUSTEE | Trustee Compensation | 2100-000 | | 7,000.89 | 21,232.18 |
| 08/22/14 | 010008 | MIDLAND FUNDING LLC<br>c/o RECOVERY MANAGEMENT SYSTEMS CORP.<br>25 SE 2ND AVE, SUITE 1120<br>MIAMI, FL 33131-1605 | Claim 000001, Payment 50.39006% | 7100-000 | | 820.97 | 20,411.21 |
| 08/22/14 | 010009 | MIDLAND FUNDING LLC | Claim 000002, Payment 50.38983% | 7100-000 | | 5,189.18 | 15,222.03 |

Page Subtotals          92.15          22,300.52

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Page:   5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-09258 -PSH |
| Case Name: | KEALEY, DUANE EDWARD |
| | KEALEY, CHRISTINA ROSE |
| Taxpayer ID No: | *******0110 |
| For Period Ending: | 09/30/14 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******6951  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>25 SE 2ND AVE, SUITE 1120<br>MIAMI, FL 33131-1605 | | | | | |
| 08/22/14 | 010010 | MIDLAND FUNDING LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>25 SE 2ND AVE, SUITE 1120<br>MIAMI, FL 33131-1605 | Claim 000003, Payment 50.38972% | 7100-000 | | 3,944.18 | 11,277.85 |
| 08/22/14 | 010011 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Claim 000004, Payment 50.38976% | 7100-000 | | 1,012.94 | 10,264.91 |
| 08/22/14 | 010012 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>C/O AMERITECH<br>POB 41067<br>NORFOLK VA 23541 | Claim 000005, Payment 50.38994% | 7100-000 | | 356.66 | 9,908.25 |
| 08/22/14 | 010013 | DUANE ROBERT KEALEY AND BARBARA KEALEY<br>300 ASH PARKWAY<br>WESTVILLE, INDIANA 46391 | Claim 000006, Payment 50.38976% | 7100-000 | | 9,908.25 | 0.00 |

Page Subtotals          0.00          15,222.03

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-09258 -PSH |
| Case Name: | KEALEY, DUANE EDWARD |
| | KEALEY, CHRISTINA ROSE |
| Taxpayer ID No: | *******0110 |
| For Period Ending: | 09/30/14 |

| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******6951  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 55,816.33 | 55,816.33 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 55,706.48 | 0.00 | |
| | | | Subtotal | | 109.85 | 55,816.33 | |
| | | | Less:  Payments to Debtors | | | 15,000.00 | |
| | | | Net | | 109.85 | 40,816.33 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| GENERAL CHECKING - *******8803 | 90,000.00 | 34,293.52 | 0.00 |
| GENERAL CHECKING - *******6951 | 109.85 | 40,816.33 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 90,109.85 | 75,109.85 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

/s/   Frances Gecker

Trustee's Signature: _____   Date: 09/30/14

FRANCES GECKER

Page Subtotals         0.00         0.00

Ver: 18.01

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*